# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. CR-20-02706-004-TUC-RM (JR) |
| **Tiffany Frances Broadnax** | ) |
| *Defendant* | ) |

FILED / RECEIVED
DEC 18 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Evo A. DeConcini U.S. Courthouse<br>405 W. Congress Street<br>Tucson, AZ 85701<br><br>MAGISTRATE JUDGE:<br>Eric J Markovich | Courtroom No.: 3A |
|---|---|---|
| | | Date: December 17, 2020<br>Time: 1:30 PM |

This offense is briefly described as follows:

21:846 Conspiracy to Possess with Intent to Distribute Cocaine(1); 18:1956(h) Conspiracy to Launder Monetary Instruments(4)

Date: November 25, 2020

ISSUED ON 12:23 pm, Nov 25, 2020
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

D. Curiel, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 12/17/2020

*Server's signature*

Anthony PARKS   DUSM
*Printed name and title*

cc: AUSA, PTS, USMS